ADAM WANG, Bar No. 201233
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 708
San Jose, CA 95113
Tel: (408) 421-3403
Fax: (408) 416-0248
adamqwang@gmail.com

Attorney for Plaintiffs

Mark S. Spring, State Bar No. 155114
JeremyT. Nafte1, State BarNo. 185215
CARLTON DiSANTE & FREUDENBERGER LLP
8950 Cal Center Drive
Suite 160
Sacramento, California 95826
Telephone: (916) 361-0991
Facsimile: (916) 361-1480
E-Mail: mspring@cdflaborlaw.com
          jnaftel@cdflaborlaw.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO GUERRERO, ET AL. | Case No: 2:09−CV−02854−MCE-KJM |
| Plaintiffs, | STIPULATION TO DISMISS WITH PREJUDICE & ORDER THEREON |
| vs. | |
| FOREMOST SUPERIOR MARBLE CO., INC., ET AL. | |
| Defendants | |

Having reached a settlement, parties hereby stipulate to dismiss this case in its entirety with prejudice pursuant to FED. R. CIV. PRO. 41(a)(1)

Dated: March 19, 2010                By: /s/ Adam Wang          .
                                         Adam Wang
                                         Attorney for Plaintiffs

STIPULATION FOR DISMISSAL
Guerrero, et. al. v. Foremost, et. al.            1            Case No. 2:09−CV−02854−MCE-KJM

PDF created with pdfFactory trial version www.pdffactory.com

Dated: March 19, 2010        CARLTON DiSANTE & REUDENBERGER LLP
                             Mark S. Spring
                             Jeremy T. Naftel

                             By: */s/ Jeremy T. Naftel*
                                Jeremy T. Naftel
                                Attorneys for Defendants Foremost Superior
                                Marble, Inc., Paul Howard and Anthony Jones

---

ORDER

Pursuant to the parties' stipulation, this case is hereby dismissed in its entirety. The Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: March 25, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com