1  ADAM WANG, Bar No. 201233
   LAW OFFICES OF ADAM WANG
2  12 South First Street, Suite 708
   San Jose, CA 95113
3  Tel:  (408) 421-3403
   Fax:  (408) 416-0248
4  adamqwang@gmail.com

5  Attorney for Plaintiffs

6
   Mark S. Spring, State Bar No. 155114
7  JeremyT. Nafte1, State BarNo. 185215
   CARLTON DiSANTE & FREUDENBERGER LLP
8  8950 Cal Center Drive
   Suite 160
9  Sacramento, California 95826
   Telephone: (916) 361-0991
10 Facsimile: (916) 361-1480
   E-Mail: mspring@cdflaborlaw.com
11         jnaftel@cdflaborlaw.com

12
                    UNITED STATES DISTRICT COURT
13
                    EASTERN DISTRICT OF CALIFORNIA
14

15
   EDUARDO GUERRERO, ET AL.            Case No: 2:09−CV−02854−MCE-KJM
16
           Plaintiffs,                  STIPULATION TO DISMISS WITH
17                                      PREJUDICE & ORDER THEREON
       vs.
18
   FOREMOST SUPERIOR MARBLE CO.,
19 INC., ET AL.

20         Defendants

21

22     Having reached a settlement, parties hereby stipulate to dismiss this case in its entirety

23 with prejudice pursuant to FED . R. CIV. PRO. 41(a)(1)

24
   Dated:  March 19, 2010              By: /s/ Adam Wang         .
25                                         Adam Wang
                                           Attorney for Plaintiffs

STIPULATION FOR DISMISSAL                1
Guerrero, et. al. v. Foremost, et. al.              Case No. 2:09−CV−02854−MCE-KJM

Dated: March 19, 2010

CARLTON DiSANTE & REUDENBERGER LLP
Mark S. Spring
Jeremy T. Naftel

By: */s/ Jeremy T. Naftel*
  Jeremy T. Naftel
  Attorneys for Defendants Foremost Superior
  Marble, Inc., Paul Howard and Anthony Jones

## ORDER

Pursuant to the parties' stipulation, this case is hereby dismissed in its entirety. The Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated:  March 25, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION FOR DISMISSAL
Guerrero, et. al. v. Foremost, et. al.

2

Case No. 2:09−CV−02854−MCE-KJM

PDF created with pdfFactory trial version www.pdffactory.com